THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Michael Dover, Appellant.
 
 
 

Appeal From Pickens County
C. Victor Pyle, Jr., Circuit Court Judge

Unpublished Opinion No.  2009-UP-246
Submitted May 1, 2009  Filed May 28, 2009

AFFIRMED

 
 
 
 Appellate
 Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General
 Julie M. Thames, all of Columbia; and Solicitor Robert M. Ariail, of Greenville,
 for Respondent.
 
 
 

PER
 CURIAM:  James Michael Dover appeals
 his convictions for distribution of methamphetamine and distribution of
 methamphetamine within one half mile of a school, and concurrent sentences of
 twenty and ten years' imprisonment, respectively.  Dover argues the trial court
 erred in refusing to exclude portions of a recorded conversation between Dover
 and an informant which referenced Dover's alleged prior bad acts.  We affirm pursuant to Rule 220(b), SCACR, and the following
 authorities:  State v. Pagan, 369 S.C. 201, 208, 631 S.E.2d 262,
 265 (2006) (holding the admission or exclusion of evidence is within the
 discretion of the trial court and will not be reversed absent an abuse of
 discretion); State v. Rice, 375 S.C. 302, 315, 652 S.E.2d 409, 415 (Ct.
 App. 2007) (holding an abuse of discretion occurs when the ruling is based on
 an error of law or factual conclusion without evidentiary support, but the
 commission of legal error is harmless if it does not result in prejudice to the
 defendant).
AFFIRMED. [1]
SHORT, WILLIAMS,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.